**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

James Michael Garner
Sher, Garner, Cahill, etc.
909 Poydras Street, 28th Floor
New Orleans LA 70112

Peter L. Hilbert, Jr.
Sher Garner Cahill Richter
909 Poydras, Ste 2800
New Orleans LA 70112

Thomas J. Madigan, II
Sher, Garner
909 Poydras St., 28th Floor
New Orleans LA 70112

Stuart D. Kottle
Sher, Garner, Cahill
909 Poydras St., 28th Fl.
New Orleans LA 70112

**REHEARING ACTION: December 28, 2018**

**Docket Number: 18  00897-CW**

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **December 28, 2018**.

**RAIN CII CARBON, LLC**
**VERSUS**
**TURNER INDUSTRIES GROUP, LLC, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2013-1325**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Shannon J. Gremillion**
**Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Rain CII Carbon, LLC** is:

**REHEARING GRANTED.**
Writ denied.  We find no error in the trial court's ruling.

cc: Sidney Wallis Degan, III, Counsel for  the Respondent
    Karl H. Schmid, Counsel for  the Respondent
    Catherine N. Thigpen, Counsel for  the Respondent
    Kristopher Todd Wilson, Counsel for  the Respondent
    Heather N. Sharp, Counsel for  the Respondent
    Robert Irwin Siegel, Counsel for  the Respondent
    Alistair M. Ward, Counsel for  the Respondent
    Christopher Paul Ieyoub, Counsel for  the Respondent
    Ashley D. Boutte, Counsel for  the Respondent
    Ashley Lucile Belleau, Counsel for  the Respondent
    Joseph Briggett, Counsel for  the Respondent
    Gerald L. Jackson, Counsel for  the Respondent
    Patrick J. McShane, Counsel for  the Respondent
    Danica Benbow Denny, Counsel for  the Respondent
    Kathleen P. Rice, Counsel for  the Respondent
    Lauren A. Guichard, Counsel for  the Respondent